IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| CURTIS RAY BALLOU, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV 114-202 |
| BRIAN OWEN, Commissioner; STAN SHEPARD, Warden; and MARY ALSTON, Medical Director, | ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. The Magistrate Judge correctly determined this case is due to be dismissed because Plaintiff failed to return the requisite *in forma pauperis* papers, and Plaintiff abused the judicial process by providing dishonest information about his prior filing history. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DISMISSES** this case without prejudice. Because the case is dismissed, the motion to amend and motion for preliminary injunction, as well as the motion to compel filed after entry of the Report and Recommendation, are **DENIED** as **MOOT**. (Doc. nos. 10, 16, 19.) Upon the foregoing, the Court **CLOSES** this civil action.

SO ORDERED this 7th day of April, 2015, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA